AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Arturo Javier Reyes Sandoval,<br>a.k.a.: Arturo Javier Reyes-Sandoval,<br>a.k.a.: Arturo Reyes-Sandoval,<br>(A 095 771 739)<br>*Defendant* | Case No. 16-7402 MJ |

DOA:
10/5/16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 5, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Arturo Javier Reyes Sandoval, an alien, was found in the United States of America at or near Buckeye, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 17, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Abbie Broughton Marsh

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 6, 2016

*Judge's signature*

City and state: Phoenix, Arizona

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 5, 2016, while following a lead, the Phoenix ICE Fugitive Operations Team (FOT) encountered Arturo Javier Reyes Sandoval during a knock and talk at a residence on South 228th Lane, in Buckeye, Arizona. ICE officers with the FOT interviewed Reyes Sandoval on scene and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Reyes Sandoval was transported to the Phoenix ICE office for further investigation and processing. Reyes Sandoval was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Arturo Javier Reyes Sandoval to be a citizen of Mexico and a previously deported criminal alien. Reyes Sandoval was removed from the United States to Mexico at or near Nogales, Arizona, on or about March 17, 2009, pursuant to a removal order issued by an immigration judge. There is no record of

1

Reyes Sandoval in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Reyes Sandoval's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Arturo Javier Reyes Sandoval was convicted of Criminal Possession of a Forgery Device, a felony offense, on February 18, 2009 in the Superior Court of Arizona, Maricopa County. Reyes Sandoval was sentenced to one (1) year of probation. Reyes Sandoval's criminal history was matched to him by electronic fingerprint comparison.

5. On October 5, 2016, Arturo Javier Reyes Sandoval was advised of his constitutional rights. Reyes Sandoval freely and willingly acknowledged his rights and agreed to provide a statement under oath. Reyes Sandoval stated that his true and complete name is Arturo Javier Reyes Sandoval and that he is a citizen of Mexico. Reyes Sandoval stated that he illegally entered into the United States, through "Sonorita," on March 19, 2009. Reyes Sandoval further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 5, 2016, Arturo Javier Reyes Sandoval, an alien, was found in the

United States of America at or near Buckeye, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 17, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 6th day of October, 2016.

_____
Bridget S. Bade,
United States Magistrate Judge

3